# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BRUCE LYNN BANKS**                                                                               **PLAINTIFF**

V.                      **3:08CV00088 BSM/HDY**

**JACK McCANN, Sheriff, Craighead County; JOHN
SMITH, Administrator, Craighead County Detention
Center; AARON DAVIS, Assistant Administrator,
Craighead County Detention Center; JOHN
SPARKS, Chief Jailer, Craighead County Detention
Center; and STEVE METCALF, Medical Supervisor,
Craighead County Detention Center**             **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 29th day of September, 2008.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE